IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYSHORE CAPITAL ADVISORS, LLC, BCA ALTERNATIVE INCOME FUND, LP, and ROCKING T RANCH, LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>CREATIVE WEALTH MEDIA FINANCE CORP., BRON CREATIVE CORP., BRON CREATIVE USA CORP., BRON STUDIOS, INC., BRON STUDIOS USA, INC., HUDSON VALLEY WEALTH MANAGEMENT, INC., JASON CLOTH, AARON L. GILBERT, CHRISTOPHER CONOVER, DAVID K. JONAS, and DOES 1-21,<br><br>Defendants. | Case No. 22-cv-1105-KMK<br><br>Hon. Kenneth M. Karas<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE THAT,** upon the Declaration of Benjamin Margulis, dated August 26, 2022, and the exhibits attached thereto, and the accompanying memorandum of law, Defendants BRON Studios, Inc, BRON Studios USA, Inc., and Aaron L. Gilbert, by their attorneys, will respectfully move this Court before the Honorable Kenneth M. Karas, at courtroom 521 of the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York, 10601, at a date and time to be set by the Court, for an order dismissing Plaintiffs' First Amended Complaint (ECF 54) for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) or in the alternative *forum non conveniens*, and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). Oppositions and replies are to be filed pursuant to the Court's Motion Scheduling Order of July 15, 2022 (ECF 66).

Dated: August 26, 2022
      New York, New York

                                           /s/ Joshua I. Schiller
                                           Joshua I. Schiller
                                           Benjamin Margulis
                                           BOIES SCHILLER FLEXNER LLP
                                           55 Hudson Yards
                                           New York, New York 10001
                                           jischiller@bsfllp.com
                                           bmargulis@bsfllp.com

*Counsel for Defendants BRON Studios, Inc., BRON Studios USA, Inc., and Aaron L. Gilbert*