# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYSHORE CAPITAL ADVISORS, LLC, BCA ALTERNATIVE INCOME FUND, LP, and ROCKING T RANCH, LLLP,<br><br>               Plaintiffs,<br><br>v.<br><br>CREATIVE WEALTH MEDIA FINANCE CORP., BRON CREATIVE CORP., BRON CREATIVE USA CORP., BRON STUDIOS, INC., BRON STUDIOS USA, INC., HUDSON VALLEY WEALTH MANAGEMENT, INC., JASON CLOTH, AARON L. GILBERT, CHRISTOPHER CONOVER, and DAVID K. JONAS, and DOES 1-21,<br><br>               Defendants. | Case No: 1:22-cv-1105<br><br><u>**CERTIFICATE OF SERVICE**</u> |

DAVID A. SHARGEL, pursuant to 28 U.S.C. § 1746, declares as follows:

     1.     I am a partner with the law firm Bracewell LLP, located at 1251 Avenue of the Americas, 49th Floor, New York, New York, attorneys for plaintiffs Bayshore Capital Advisors, LLC, BCA Alternative Income Fund, LP, and Rocking T Ranch, LLLP.

     2.     On February 17, 2022, I served a copy of the **Summons and Complaint**, dated February 8, 2022, upon defendants Creative Wealth Media Finance Corp., BRON Creative Corp., BRON Creative USA Corp., and Jason Cloth by emailing a copy of the Summons and Complaint to their attorney, William R. Fried, Esq., who agreed to accept service on their behalf as reflected in the attached email correspondence.

     3.     I declare under penalty of perjury that the foregoing is true and correct.

-2-

Dated: New York, New York
February 17, 2022

BRACEWELL LLP

/s/ David A. Shargel
David A. Shargel
1251 Avenue of the Americas, 49th Floor
New York, NY 10020
(212) 508-6154
david.shargel@bracewell.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| **From:** | Fried, William |
| **To:** | Shargel, David |
| **Cc:** | Poddar, Shivani; Goldman, Rachel; DuCharme, Seth |
| **Subject:** | RE: BCA v. CWMF, et al. |
| **Date:** | Thursday, February 17, 2022 3:59:34 PM |

Sorry, yes, I have confirmed the below



**William R. Fried**

**Partner**

**Co-Chair Litigation Department**

**Herrick, Feinstein LLP**

Two Park Avenue | New York, NY 10016

212.592.1684  Office

WFried@herrick.com

website bio

**From:** Shargel, David <david.shargel@bracewell.com>
**Sent:** Thursday, February 17, 2022 3:55 PM
**To:** Fried, William <wfried@herrick.com>
**Cc:** Poddar, Shivani <spoddar@herrick.com>; Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** RE: BCA v. CWMF, et al.

Bill,

Following up. Thanks

**From:** Fried, William <wfried@herrick.com>
**Sent:** Wednesday, February 16, 2022 3:04 PM
**To:** Shargel, David <david.shargel@bracewell.com>
**Cc:** Poddar, Shivani <spoddar@herrick.com>; Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** RE: BCA v. CWMF, et al.

I believe we are representing Creative Wealth, Cloth, Bron Creative and

Bron Creative USA and Boies is representing Bron Studios and Gilbert. I am trying to confirm and will be back to you ASAP

**William R. Fried**
**Partner**
**Co-Chair Litigation Department**
**Herrick, Feinstein LLP**

Two Park Avenue | New York, NY 10016

212.592.1684  Office

WFried@herrick.com

website bio

---

**From:** Shargel, David <david.shargel@bracewell.com>
**Sent:** Wednesday, February 16, 2022 12:29 PM
**To:** Fried, William <wfried@herrick.com>
**Cc:** Poddar, Shivani <spoddar@herrick.com>; Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** RE: BCA v. CWMF, et al.

Bill,

Subject to your confirmation that you are accepting service on behalf of Jason Cloth, Creative Wealth Media Finance Corp., BRON Creative Corp., and BRON Creative USA Corp., we agree to the 45-day extension for your time to respond. I've attached a copy of the complaint. As to the Sourcing Agreement, Hudson reached out to us to ask if we would agree to them turning it over to you in connection with your mediation. We've given our consent to Hudson and understand that they will be providing it. If for some reason that doesn't happen please let us know.

Thanks,
Dave

---

**From:** Shargel, David <david.shargel@bracewell.com>
**Sent:** Tuesday, February 15, 2022 9:33 PM
**To:** Fried, William <wfried@herrick.com>
**Cc:** Poddar, Shivani <spoddar@herrick.com>; Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** Re: BCA v. CWMF, et al.

Thanks Bill. We will get back to you on the conditions. In the meantime can you please confirm which entities you are representing? Is it Cloth, Creative Wealth, and the BRON Creative entities?

On Feb 15, 2022, at 7:33 PM, Fried, William <wfried@herrick.com> wrote:

David

Apologies for the delay, I have been buried.  We can accept service if you can agree to (1) give us 45 days from acceptance to respond, and (2) give us a copy of the Sourcing Agreement between Hudson Valley Wealth Management and Bayshore Capital Advisors.  I assume these are not a major problem but let us know.

Thanks

Bill

**William R. Fried**
**Partner**
**Co-Chair Litigation Department**
**Herrick, Feinstein LLP**
Two Park Avenue | New York, NY 10016
212.592.1684  Office
WFried@herrick.com
website bio

**From:** Shargel, David <david.shargel@bracewell.com>
**Sent:** Tuesday, February 15, 2022 4:46 PM
**To:** Fried, William <wfried@herrick.com>; Poddar, Shivani <spoddar@herrick.com>
**Cc:** Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** RE: BCA v. CWMF, et al.

Bill,

Following up on this. Can you let me know today?

Thanks

**From:** Fried, William <wfried@herrick.com>
**Sent:** Monday, February 14, 2022 9:20 AM
**To:** Shargel, David <david.shargel@bracewell.com>; Poddar, Shivani <spoddar@herrick.com>
**Cc:** Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** RE: BCA v. CWMF, et al.

David

I apologize for the delayed response, I do not have an answer yet.  Trying to reach my client and I will hopefully be back to you today.

**William R. Fried**
**Partner**
**Co-Chair Litigation Department**
**Herrick, Feinstein LLP**
Two Park Avenue | New York, NY 10016
212.592.1684  Office
WFried@herrick.com
website bio

**From:** Shargel, David <david.shargel@bracewell.com>
**Sent:** Friday, February 11, 2022 2:58 PM
**To:** Fried, William <wfried@herrick.com>; Poddar, Shivani <spoddar@herrick.com>
**Cc:** Goldman, Rachel <rachel.goldman@bracewell.com>; DuCharme, Seth <seth.ducharme@bracewell.com>
**Subject:** BCA v. CWMF, et al.

Bill & Shivani,

Are you authorized to accept service on behalf of your clients in the above-referenced matter?

Please let me know.

Thanks,
Dave

**DAVID A. SHARGEL**
Partner
david.shargel@bracewell.com | download v-card
T: +1.212.508.6154 | F: +1.800.404.3970 | M: +1.917.346.4049

**BRACEWELL LLP**
1251 Avenue of the Americas, 49th Floor | New York, NY | 10020-1100
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return

e-mail and delete the original and any copies.

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BAYSHORE CAPITAL ADVISORS, LLC, BCA ALTERNATIVE INCOME FUND, LP, and ROCKING T RANCH, LLLP,<br><br>                Plaintiffs,<br>   v.<br><br>CREATIVE WEALTH MEDIA FINANCE CORP., BRON CREATIVE CORP., BRON CREATIVE USA CORP., BRON STUDIOS, INC., BRON STUDIOS USA, INC., HUDSON VALLEY WEALTH MANAGEMENT, INC., JASON CLOTH, AARON L. GILBERT, CHRISTOPHER CONOVER, and DAVID K. JONAS, and DOES 1-21,<br><br>                Defendants. | Case No: 1:22-cv-1105<br><br>**STIPULATION REGARDING<br>SERVICE OF PROCESS** |

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

       1.    Joshua I. Schiller, Esq., agrees to accept service of the Complaint, dated February 8, 2022 ("Complaint"), on behalf of Defendants BRON Studios, Inc., BRON Studios USA, Inc., and Aaron L. Gilbert, with such service having been made on February 18, 2022.

       2.    The time for Defendants BRON Studios, Inc., BRON Studios USA, Inc., and Aaron L. Gilbert to answer, move, or otherwise respond to the Complaint is extended to and including April 4, 2022.

       3.    This stipulation may be executed electronically and in counterparts.

DM-#8194938

Dated: New York, New York
February 28, 2022

| BRACEWELL LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| /s/ David A. Shargel | /s/ Joshua I. Schiller |
| David A. Shargel | Joshua I. Schiller |
| 1251 Avenue of the Americas, 49th Floor | 55 Hudson Yards 20th Floor |
| New York, NY 10020 | New York, NY 10001 |
| (212) 508-6154 | (212) 446-2300 |
| david.shargel@bracewell.com | jischiller@bsfllp.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants BRON Studios, Inc., BRON Studios USA, Inc., and Aaron L. Gilbert* |

DM-#8194938