# EXHIBIT D



ABOUT     NETWORKING     AGENDA

SPEAKERS     REGISTER     DELEGATES

# SPEAKER AARON L. GILBERT

PARTNERS

You are not currently viewing the most recent Playback Film Summit. *Go to Playback Film Summit*.

[Search for a Speaker]   [Go]

### View all Speakers



## AARON L. GILBERT

**Chairman and CEO**

**BRON Media Corporation**

Aaron L. Gilbert is the Chairman and CEO of BRON, a company he co-founded with wife Brenda Gilbert in 2010. Based in British Columbia, parent company BRON Media Corp. has global divisions which include BRON Studios, BRON Creative, BRON Animation, BRON

Help



#PlaybackFilmSummit

ABOUT NETWORKING AGENDA

alongside some of the industry's most akers and creators.

SPEAKERS REGISTER DELEGATES

Gilbert's films have achieved critical a ning an impressive 27 Academy Award® nominations, with 6 wins, including Viola Davis f**PARTNERS**upporting actress in Denzel Washington's *Fences*, and Joaquin Phoenix for his incredible performance in the box-office record-breaking film *Joker*. Other films recently produced or executive produced by Gilbert include the Academy Award-winning *Judas and the Black Messiah*, starring Daniel Kaluuya and LaKeith Stanfield;Kornél Mundruczó's Academy Award-nominated *Pieces of a Woman* starring Vanessa Kirby; the Academy Award-winning Bombshell, starring Charlize Theron, Margot Robbie, and Nicole Kidman; the Academy Award-nominated Roman J. Israel Esq.,starringDenzel Washington;Clint Eastwood's *The Mule,* starring Clint Eastwood and Bradly Cooper; *Leave No Trace*, starring Ben Foster; Nate Parker's *The Birth of a Nation*; Melina Matsoukas's *Queen & Slim*, starring Daniel Kaluuya and Jodie Turner-Smith; *The Willoughbys*, narrated by Ricky Gervais; *The Way Back*, starring Ben Affleck;Greyhound, starring Tom Hanks; *The Red Sea Diving Resort,* starring Chris Evans and Michael K. Williams; Jason Reitman's *The Front Runner,* starring Hugh Jackman and Tully, starring Charlize Theron, among many others.

BRON was recently a part of David Lowery's *The Green Knigh*t, starring Dev Patel; and the Aretha Franklin biography *Respect*, starring Jennifer Hudson;Jordan Peele's *Candyman*; and *The Addams Family 2*, a follow up to the franchise's successful animated reboot,

Help



#PlaybackFilmSummit

ABOUT      NETWORKING     AGENDA

SPEAKERS    REGISTER    DELEGATES

PARTNERS

Driver, Jared Leto, and Al Pacino; an untitled Paul Thomas Anderson project, starring Bradley Cooper; Denzel Washington's *Journal for Jordan*, starring Michael B. Jordan and Chante Adams; *Cyrano*, starring Peter Dinklage and Haley Bennett in director Joe Wright's adaptation of the classic play; and Barry Levinson's *The Survivor,* starring Ben Foster.

BRON recently produced the crime drama television series *Kin*, starring Clare Dunne, Aidan Gillen and Charlie Cox, currently airing on AMC+; and is currently in post-production on Nate Parker's *Solitary*, starring BAFTA and Emmy nominee David Oyelowo; and Anthony Mandler's *Surrounded*, starring Letitia Wright, Jamie Bell and Michael K. Williams. Currently in production is the highly anticipated docuseries centered on rap icon, Nicki Minaj, premiering on HBO Max; *That Dirty Black Bag*, an epic spaghetti western series, starring Douglas Booth and Dominic Cooper, and *Call My Agent!*, the English adaptation of the acclaimed French comedy series, starring Lydia Leonard, Jack Davenport and Jim Broadbent.

Gilbert divides his time between BRON offices in Los Angeles and Vancouver. BRON also has offices in New York and Toronto, with operating companies in London (UK) and New Zealand.

Speaking on: **Keynote conversation: Aaron L. Gilbert, BRON Media**

Help

# FILM SUMMIT

ABOUT     NETWORKING     AGENDA

What's Included     Speakers                                   Opportunities
Advisory Board
Contact
Press                SPEAKERS     REGISTER     DELEGATES

#PlaybackFilmSummit

PARTNERS

™ Banff World Media Festival, Playback Film Summit, BANFF Connect and BANFF Spark events are produced by **Brunico Communications Ltd.**
View our privacy policy

Help