# EXHIBIT E



Select Page                                                    

## Hudson Companies and Hudson Private Partner with BRON Studios to Launch New Venture Arm

BY CHRISTOPHER CONOVER | 09/20/2018 | INVESTMENT, MOVIES

                        

Christopher Conover's HUDSON COMPANIES backs first fund of newly launched BRON Ventures, with HUDSON PRIVATE, LP – an exclusive and proprietary investment opportunity in funding both independent and large studio films.

"We are beyond thrilled to take our already strong and proven relationship with BRON to the next level. Some of Hudson Private's most recent investments with BRON include : THE SPY WHO DUMPED ME, A SIMPLE FAVOR AND THE FRONT RUNNER. Hudson Companies and Hudson Private are immensely proud to back BRON Ventures – a division of the studio that will make strategic equity investments in content-driven production companies and leaders in the film, TV, digital and animation spaces." – Christopher Conover, Founder & President Hudson Companies

https://deadline.com/2018/10/bron-ventures-launch-hollywood-investment-jennifer-arceneaux-animal-kingdom-1202476249/

Hudson Private, LP is :

- an exclusive investment opportunity available from the Entertainment division of Hudson Companies
- is a one of a kind investment opportunity specializing in funding independent and large studio films
- gives HUDSON COMPANIES clients exclusive access to the entertainment industry that cannot be found anywhere else
- is risk managed, progressive investment alternative that provides consistent and attractive returns

For more information about upcoming film investment opportunities, contact Hudson Companies at info@hudcos.

## Discover Industry Secrets To Investing With NETFLIX, SONY, WB, Apple And More...

Hudson Private provides investors access to a diversified pool of film and TV investments utilizing strategies designed to maximize risk-adjusted returns.



- ✅ Tapping into demand from global consumers
- ✅ Discovering capital intensive investment opportunities
- ✅ Creating co-financing and equity participation deals

### Download Your FREE Whitepaper By Entering Your Name And Email...

Your Name*

Email*

DOWNLOAD NOW!

We offer a **no obligation, complimentary** consultation.
Contact us today to learn more about our high-touch, high impact financial planning, wealth management and investment services!

Call us directly at 845.920.1600 to speak with a representative.
Or, send us a message about your investment goals!

CONTACT US                    LEARN MORE

# CONTACT OUR HUDSON TEAM FOR YOUR COMPLIMENTARY CONSULTATION

## HUDSON

### About Us

The mission of Hudson Wealth is to provide our clients with the highest quality institutional financial advice, at institutional pricing, but with the level of personalized attention you are entitled to.

## Quick Links

- About
- Wealth
- Services
- Venture

## Get In Touch

15 E. Central Avenue, Pearl River, NY 10965

Phone: 845.920.1600

Fax: 845.735.5903

© 2020 Hudson Valley Wealth Management, Inc. ("Hudson Companies") 15 E. Central Avenue, Pearl River, NY 10965. The representatives associated with this website may discuss and/or transact securities business only with residents of the following states: NY, NJ, FL, and CT. **Use Terms** | **Disclaimer** | **Privacy Policy** | **Contact**