EXHIBIT M

# BRON

## Active Productions

CONFIDENTIAL  |  UPDATED 04 / 14 / 2018

*Still from THE RED
SEA DIVING RESORT*

NOTE: The below project information is provided to Creative Wealth Media by BRON on a confidential basis.  The receipt of this overview constitutes the agreement on the part of the recipient hereof and its representatives to maintain the confidentiality of the information contained herein.  This memorandum may not be reproduced in whole or in part. All of the information provided is subject to change. This includes cast, crew, schedules, and release timelines.



—— **FILM** ——

*Still from TULLY*
*starring Charlize Theron*

# Fonzo

**LOGLINE**  Set in South Florida, 1945, the harrowing memories of an ailing Al Capone (Tom Hardy) haunt his life in the present as he spends his final year surrounded by family. An unravelling of one of the 20th Century's most iconic figures.



**WRITER / DIRECTOR**  **Josh Trank** (*Fantastic Four, Chronicle*)

**TALENT**  **Tom Hardy** (*Mad Max: Fury Road, Inception, The Dark Knight Rises*), **Linda Cardellini** (*Daddy's Home, The Founder, Avengers: Age Of Ultron*), **Matt Dillon** (*There's Something About Mary, Crash, Takers*), **Kyle MacLachlan** (*Twin Peaks, Sex and the City, Inside Out*), **Jack Lowden** (*Dunkirk, Denial, '71, England is Mine)* and **Noel Fisher** (*Teenage Mutant Ninja Turtles, The Twilight Saga: Breaking Dawn – Part 2*)

**PRODUCERS**  **Aaron L. Gilbert** (*The Birth Of A Nation, Tully, Fences*) and **Lawrence Bender** (*Pulp Fiction, Hacksaw Ridge, Safe, Inglourious Basterds*)

**PRODUCTION**  A BRON / A Band Apart / Addictive production, in association with Creative Wealth Media

**SALES COMPANY**  BLOOM          **AGENCY**  Endeavor & CAA

**SHOOTING LOCATION**  New Orleans – April 2

# Greyhound

**LOGLINE**  Hanks stars as George Krause, a career Navy officer finally given command of a Navy destroyer where, along with the enemy, he fights his self-doubts and personal demons to prove he belongs. The title comes from the WWII battleship of the same name.



**WRITER**  **Tom Hanks** (*Larry Crowne, That Thing You Do!*)

**DIRECTOR**  **Aaron Schneider** (*Get Low*)

**TALENT**  **Tom Hanks** (*Captain Philips, Saving Private Ryan*), **Stephen Graham** (*Pirates of the Caribbean: Dead Men Tell No Tales*), **Michael Benz** (*Snowden*), **Rob Morgan** (*Mudbound*), **Jimi Stanton** (*Detroit*) and **Tom Brittney** (*Outlander-series*)

**PRODUCERS**  **Tom Hanks** and **Gary Goetzman** (*Larry Crowne, Charlie Wilson's War, My Big Fat Greek Wedding*), **Aaron Ryder** and **Glen Basner** (*The Founder, Arrival, Mud, The Prestige*)

**EXECUTIVE PRODUCERS**  **Aaron L. Gilbert** and **Jason Cloth** (*Tully, Fences, Roman J. Israel Esq*)

**PRODUCTION**  Sony Pictures presents, a BRON CREATIVE, Playtone, FilmNation production

**SHOOTING LOCATION**  Baton Rouge – March 5



# The Good Liar



**LOGLINE** A life-long con man thinks he lands a perfect mark when he meets a wealthy widow, but she has a secretive past that may foil his plans.

**WRITER** **Jeffrey Hatcher** (*Mr Holmes, The Duchess, Casanova*), based on the novel *The Good Liar*, written by **Nicholas Searle**

**DIRECTOR** **Bill Condon** (*Dreamgirls, Gods and Monsters The Twilight Saga: Breaking Dawn I & II*)

**TALENT** **Helen Mirren** (*Red, The Queen, Hitchcock*) and **Ian McKellan** (*Mr. Holmes, X-Men: Days of Future Past, The Lord of the Rings*)

**PRODUCERS** **Greg Yolen** (*Beauty and the Beast, Mr. Holmes, The Fifth Estate*) and **Bill Condon** (*Making the Boys*)

**EXECUTIVE PRODUCERS** **Aaron L. Gilbert** and **Jason Cloth** (*Tully, Fences, Roman J. Israel Esq*)

**PRODUCTION** A New Line / BRON CREATIVE co-production

**SHOOTING LOCATION** UK – April 16

**DISTRIBUTION** Warner Brothers

# Needle In A Timestack



**LOGLINE** The film is a modern fable about both the meaning and enduring nature of love.

**WRITER / DIRECTOR** **John Ridley** (*12 Years a Slave, Red Tails, Three Kings*), based on **Robert Silverberg**'s short story

**TALENT** **Ruth Negga** (*Loving, Warcraft: The Beginning, World War Z*), **Amy Schumer** (*Trainwreck, Snatched*), **Freida Pinto** (*Slumdog Millionaire, Rise of the Planet of the Apes, Immortals*), **Leslie Odom Jr.** (*Murder on the Orient Express, Red Tails, Smash, Person of Interest*), and **Orlando Bloom** (*The Lord of The Rings, Pirates of the Caribbean, Kingdom of Heaven, The Three Musketeers*)

**PRODUCERS** **Zanne Devine** (*I, Tonya, Southside with You, Easy A*), **David Thwaites** (*What to Expect When You're Expecting, Black Swan, License to Wed*) *and* **Aaron L. Gilbert** (*Fences, Roman J. Israel, Beatriz at Dinner, A Birth of a Nation*)

**PRODUCTION** A BRON production in assoc. with Creative Wealth Media

**AGENCY** Endeavor

**SHOOTING LOCATION** Vancouver – June 18

MATERIALS INCLUDED HEREIN ARE CONFIDENTIAL AND SUBJECT TO CHANGE

# The American



**LOGLINE**  Leonard Bernstein, the most famous American composer, was a man of contradictions. An auteur composer and a Broadway showman, a homosexual man happily married to a woman, a sexual icon in an age that still cared about intellect. In five movements, like a symphony, we follow Bernstein's personal and public struggles from conducting the New York Philharmonic at the ripe age of 25 to the opening night of West Side Story.

**WRITER**  Michael Mitnick (*The Giver*)

**DIRECTOR**  Cary Joji Fukunaga (*True Detective, Beasts Of No Nation, Sin Nombre*)

**TALENT**  Jake Gyllenhaal (*Nocturnal Animals, Everest, Nightcrawler, Okja, Prisoners*)

**PRODUCERS**  Aaron L. Gilbert (*Tully, Beatriz At Dinner, Fences*), **Riva Marker** (*Beasts of No Nation, Wildlife*) and **Jake Gyllenhaal** (*Stronger, Nightcrawler*)

**PRODUCTION**  BRON / Nine Stories production, in association with Creative Wealth Media

**SHOOTING LOCATION**  NYC – Summer 2018

# The Good Nurse



**LOGLINE**  The true story of Amy Loughren, a single mother who befriended fellow nurse Charlie Cullen when they worked together on the night shift. Approached by detectives investigating a mysterious death, Amy began to suspect that something was amiss with Charlie. Amy defied her employer and secretly collaborated with the police to uncover Cullen's horrifying crimes and bring him to justice. Charlie Cullen is now believed to be the most prolific serial killer in American history.

**WRITER**  Kyrsty Wilson-Cairns (*Penny Dreadful-series, The Voyeur's Motel*), based on the book written by **Charles Graeber**

**DIRECTOR**  Tobias Lindholm (*Borgen-series, Bedrag-series, R, A War, The Hunt*)

**TALENT**  Jessica Chastain* (*Interstellar, Zero Dark Thirty, The Tree of Life*), **Sam Rockwell*** (*Three Billboards Outside Ebbing, Missouri*) and **Jason Clarke*** (*Zero Dark Thirty, Everest*)  *Offers Out

**PRODUCERS**  Darren Arnofsky (*Jackie, Noah, Black Swan, The Fighter, The Wrestler*), **Aaron L. Gilbert** (*Tully, The Birth of a Nation, Fences, Roman J. Israel*)

**PRODUCTION**  A BRON and Protozoa Films production, in assoc. with Creative Wealth Media

**DISTRIBUTION**  Lionsgate

# Troupe Zero



**LOGLINE** After getting rejected from the "cool" Birdie Scouts troupe, a girl from the wrong side of the tracks in rural Georgia circa 1970 forms her own troupe of misfits, in hopes of earning the badges and money necessary to make it to the Birdie Scout Jamboree where first prize is a chance to be recorded on Carl Sagan's Golden Record.

**WRITER** Lucy Alibar (*Beasts of the Southern Wild*)

**DIRECTORS** Bert & Bertie (*Worm, The Taxidermist*)

**TALENT** Viola Davis (*Fences, The Help*), McKenna Grace (*I, Tonya, Gifted*), Will Ferrell\* (*Anchorman, Zoolander*), Allison Janney\* (*I, Tonya, The Help*), Mike Epps (*The Hangover, Resident Evil*) \*Offers Out

**PRODUCER** Todd Black (*Fences, Seven Pounds*)

**EXECUTIVE PRODUCERS** Aaron L. Gilbert and Jason Cloth (*Tully, Fences, Roman J. Israel Esq*)

**PRODUCTION** AMAZON STUDIOS presents an ESCAPE ARTISTS production, in association with Bron Creative

**SHOOTING LOCATION** New Orleans – June 2018

# The Front Runner

**LOGLINE** We follow the life of Gary Hart (Hugh Jackman) during his 1988 Presidential campaign, where we see the first glimpse of social media and how it affects the lives we lead.



**WRITERS** Jason Reitman (*Labor Day, Up In The Air, Thank You For Smoking*), Matt Bai and Jay Carson (*House Of Cards*), based on the book by Matt Bai

**DIRECTOR** Jason Reitman (*Up In The Air, Juno, Thank You For Smoking, Tully*)

**TALENT** Hugh Jackman (*Logan, X Men, Les Miserables*), J.K. Simmons (*Whiplash, Juno, La La Land, The Accountant*), Vera Farmiga (*Up In The Air, The Conjuring, The Departed*), Steve Zissis (*Her*), Kevin Pollak (*The Usual Suspects*), Mike Judge (*Office Space*), Mark O'Brien (*Arrival*), Molly Ephraim (*Paranormal Activity*), Josh Brener (*Silicon Valley-series*), Alex Karpovsky (*Inside Llewyn Davis*) and others

**PRODUCERS** Aaron L. Gilbert (*The Birth Of A Nation, Tully, Fences*) and Helen Estabrook (*Whiplash, Up In The Air, Young Adult, Tully*)

**PRODUCTION** A BRON / Right of Way production, in association with Creative Wealth Media

**AGENCY** Endeavor



# A Simple Favor

**LOGLINE**  A mommy blogger in a small town discovers her best friend has vanished.

**WRITER / DIRECTOR / PRODUCER**
**Paul Feig** *(Snatched, Spy, Bad Teacher, Bridesmaids, The Heat, The Peanuts Movie, Ghostbusters)*

**TALENT**  **Anna Kendrick**
*(Pitch Perfect 1, 2 & 3, Trolls, The Accountant, Twilight, The Twilight Saga 1, 2 & 3),* **Blake Lively** *(Cafe Society, The Shallows, Savages, The Town, Green Lantern),* and **Eric Johnson** *(Rookie Blue-series, Flash Gordon-series, Smallville-series, Fifty Shades Darker)*



**PRODUCERS**  **Paul Feig** and **Jessie Henderson** *(Spy, The Heat)*

**EXECUTIVE PRODUCERS**  **Aaron L. Gilbert** and **Jason Cloth** *(Tully, Fences, Roman J. Israel Esq)*

**PRODUCTION**  Feigco Entertainment, in association with BRON CREATIVE and Hercules Fund

**DISTRIBUTION**  Lionsgate (worldwide)

# The Red Sea Diving Resort

**LOGLINE**  With the help of Ari Kidron, a hothead agent, the Mossad ventured on a dangerous journey through the desert of Sudan to rescue Ethiopian Jews from Sudan in 1978. In order to not arouse suspicion, Ari and his team operated under the guise of a European vacation company, the Mossad leased a resort on the shores of the Red Sea. The Mossad's Red Sea Diving Resort operated for 5 years. Over the course of that time they saved tens of thousands of refugees and brought them to Israel.



**WRITER / DIRECTOR**  **Gideon Raff** *(Homeland)*

**TALENT**  **Chris Evans** *(The Avengers, Captain America, Gifted),* **Haley Bennett** *(The Girl On The Train, Magnificent Seven, The Equalizer),* **Michael K. Williams** *(Assassins Creed, 12 Years A Slave),* **Alessandro Nivola** *(A Most Violent Year, Selma, American Hustle),* **Sir Ben Kingsley** *(Shutter Island, Shindlers List, Hugo),* **Michiel Huisman** *(Treme, Game Of Thrones, World War Z),* **Greg Kinnear** *(Little Miss Sunshine, As Good As It Gets)*

**PRODUCTION**  A BRON and EMJAG co-production, in association with Creative Wealth Media

International distribution in place via **STX**.

**AGENCY**  Endeavor & CAA



# The Nightingale

**LOGLINE**  1825 Tasmania. A young convict woman seeking revenge for the murder of her family, takes an Aboriginal male outcast with her through the interior and gets much more than she bargained for.

**WRITER / DIRECTOR**
**Jennifer Kent** (*The Babadook*)

**TALENT  Aisling Franciosi** (*Ambition, Jimmy's Hall, The Fall (TV)*), **Sam Claflin** (*The Hunger Games: Mockingjay Part 1 & 2, Me Before You, Snow White & The Huntsman*), **Harry Greenwood** (*Hacksaw Ridge, Pacific, The Water Diary*), and **Michael Sheasby** (*Hacksaw Ridge, Felony, A Place To Call Home*)

**PRODUCTION**  A BRON CREATIVE / Made Up Pictures / Pacific Standard production in association with Screen Australia and Screen Tasmania

The film is currently in post in Australia. We are hopeful the film will have its world-premiere at the *Cannes Film Festival* in May.

**FilmNation** is handling international sales.

**AGENCY**  Endeavor



# The Spy Who Dumped Me

**LOGLINE**  A pair of friends embark on an espionage adventure after one of them finds out her ex is a spy.

**WRITERS  Susanna Fogel** and **David Iserson** (*New Girl-series, Mad Men-series, Mr. Robot-series*)

**DIRECTOR  Susanna Fogel** (*Chasing Life-series*)

**TALENT  Sam Heughan** (*Outlander-series*), **Justin Theroux** (*Leftovers-series, Star Wars: The Last Jedi, The Girl on the Train*), **Mila Kunis** (*Bad Moms, Ted, Friends with Benefits*), **Kate McKinnon** (*Rough Night, Office Christmas Party, Ghostbusters, Saturday Night Live*), and **Gillian Anderson** (*The X Files, The Fall-series, The X Files-series*)

**PRODUCERS  Brian Grazer** and **Ron Howard** (*A Beautiful Mind, Apollo 13, Rush, Tower Heist, Cinderella Man, Flightplan*)

**PRODUCTION**  Imagine Entertainment, in association with BRON CREATIVE and Hercules Fund

**EXECUTIVE PRODUCERS  Aaron L. Gilbert** and **Jason Cloth** (*Tully, Fences, Roman J. Israel Esq*)

**DISTRIBUTION**  Lionsgate (worldwide)





# Chaos Walking

**LOGLINE** A dystopian world where there are no women and all living creatures can hear each other's' thoughts in a stream of images, words, and sounds called Noise.

**WRITERS** Gary Spinelli and Charlie Kaufman *(Adaptation, Being John Malkovich, Eternal Sunshine of a Spotless Mind)*

**DIRECTOR** Doug Liman *(Edge of Tomorrow, American Made, Jumper, The Bourne Identity)*



**TALENT** Daisy Ridley *(Star Wars: The Force Awakens, Star Wars: The Last Jedi, Murder on the Orient Express)*, Tom Holland *(Spider-Man: Homecoming, A Monster Calls, The Los City of Z)*, Mads Mikkelsen *(Hannibal, Rogue One: A Star Wars Story, Casino Royale)*, Nick Jonas *(Kingdom-series)*, David Oyelowo *(Selma, Lee Daniels' The Butler, Jack Reacher, Interstellar)*

**PRODUCER** Doug Davison *(It, Abduction, The Strangers, The Grudge 1 & 2)*

**PRODUCTION** Quadrant Pictures, in association with BRON CREATIVE and Hercules Fund

**EXECUTIVE PRODUCERS** Aaron L. Gilbert and Jason Cloth *(Tully, Fences, Roman J. Israel Esq)*

**DISTRIBUTION** Lionsgate (worldwide)

# Anna

**WRITER / DIRECTOR** Luc Besson *(Taken 1, 2 & 3, Transporter 1, 2 & 3, Lucy, The Family)*

**TALENT** Cillian Murphy *(Transcendence, In the Heart of the Sea, Dunkirk, The Dark Knight Rises, TRON: Legacy, The Dark Knight)*, Luke Evans *(Clash of the Titans, The Three Musketeers, Fast & Furious 6, Furious 7, Beauty and the Beast, The Fate of the Furious)*, and Helen Mirren *(Red, Red 2,*



*The Queen, Hitchcock, Woman in Gold, The Debt, Gosford Park, The Pledge)*

**PRODUCER** Luc Besson *(Valerian and the City of a Thousand Planets, Taken 1, 2 & 3, Transporter 1, 2 & 3)*

**EXECUTIVE PRODUCERS** Aaron L. Gilbert and Jason Cloth (*Tully, Fences, Roman J. Israel Esq*)

**PRODUCTION** EuropaCorp, in association with BRON CREATIVE and Hercules Fund

**GENRE** Action-Thriller

**DISTRIBUTION** Lionsgate (worldwide)



# Drunk Parents



**WRITER / DIRECTOR** **Fred Wolf** (*Grown Ups 2 & 3, Tommy Boy*)

**TALENT** **Alec Baldwin** (*The Departed, 30 Rock, SNL*), **Salma Hayek** (*Frida, Grown Ups I & II, Sausage Party*), **Joe Manganiello** (*Spider-Man, True Blood (TV), Magic Mike XXL*), **Bridget Moynahan** (*I Robot, Blue Bloods, Lord Of War*), **Jim Gaffigan** (*Its Kind of a Funny Story, Away We Go, 17 Again*), **Ben Platt** (*Pitch Perfect I & II, Ricki And The Flash*), **Will Ferrell** (*Zoolander I & II, Get Hard, Anchorman I &II*), and **Colin Quinn** (*Trainwreck, Grown Ups*)

**PRODUCERS** **Robert Ogden Barnum** (*Margin Call, American Ultra*) and **Aaron L. Gilbert** (*Tully, Fences, Roman J. Israel Esq*)

**PRODUCTION** A BRON production, in assoc. Creative Wealth Media

# Roman J. Israel, Esq.



**WRITER / DIRECTOR** **Dan Gilroy** (*Nightcrawler, The Bourne Legacy*)

**TALENT** **Denzel Washington** (*Fences, Training Day, American Gangster*) **Colin Farrell** (*Phone Booth, Total Recall*), and **Carmen Ejogo** (*Selma, The Purge, Ride Along 2*)

**PRODUCERS** **Todd Black** (*Fences, The Pursuit of Happyness*), **Jennifer Fox** (*Nightcrawler*) and **Denzel Washington** (*Fences*)

**PRODUCTION** A Columbia Pictures production, in assoc. with MACRO, BRON CREATIVE and ImageNation

**Columbia Pictures** released the film in November in North America, and the film is in release in countries around Europe and Asia now.

**Denzel Washington** has been nominated for Best Actor at the *Oscars,* Best Performance at the *Golden Globes* and Outstanding Performance at the *SAG Awards.*



# Tully



**WRITER** **Diablo Cody** (*Juno, Young Adult*)

**DIRECTOR** **Jason Reitman** (*Juno, Up In The Air, Thank You For Smoking*)

**TALENT** **Charlize Theron** (*Mad Max: Fury Road, Prometheus, Monster*), **Mackenzie Davis** (*Halt And Catch Fire, The Martian*), **Mark Duplass** (*The Lazarus Effect, Tammy, Togetherness*), **Ron Livingston** (*The Conjuring, Office Space, Sex And The City*)

**PRODUCERS** **Mason Novick**, **Diablo Cody**, **Charlize Theron**, **Beth Kono**, **A.J. Dix**, **Helen Estabrook**, **Jason Reitman**, **Aaron L. Gilbert**

**PRODUCTION** Focus Features presents a BRON / Right of Way / Denver and Delilah / West Egg production, in assoc. with Creative Wealth Media

**Focus/Universal** will release the film May 4 in North America, then shortly thereafter worldwide.

# Leave No Trace



**WRITER / DIRECTOR** **Debra Granik** (*Winters Bone, Down To The Bone*)

**TALENT** **Ben Foster** (*Hell Or High Water, Warcraft: The Beginning, 3:10 To Yuma*) and **Thomasin Mckenzie** (*The Hobbit: The Battle Of The Five Armies, Consent, Lucy Lewis Can't Lose*)

**PRODUCERS** **Anne Harrison** (*The Danish Girl, Two Family House, The Grifters*), **Linda Reisman** (*The Danish Girl, Affliction*) and **Anne Rosellini** (*Winter's Bone, Down to the Bone*)

**PRODUCTION** A Bron Creative / First Look Media production

The film premiered at the *2018 Sundance Film Festival* and will have its international premiere in *Cannes* in May.

Sold to **Sony Pictures** internationally and **Bleecker Street** in North America – To be release later in 2018.

# Assassination Nation



**WRITER / DIRECTOR**  **Sam Levinson** (*Another Happy Day*)

**TALENT**  **Odessa Young** (*Looking For Grace, Blood Pulls A Gun*), **Bella Thorne** (*The Duff, Blended*), **Maude Apatow** (*This Is 40, Funny People*), **Suki Waterhouse** (*Pride and Prejudice and Zombies, Insurgent, Love*), **Abra** (Hip-Hop Artist), **Hari Nef** (*Transparent*), **Bill Skarsgård** (*Hemlock Grove*), **Colman Domingo** (*The Birth of a Nation,* Lee Daniel's *The Butler*) and **Joel McHale** (*Ted, Blended, Community*)

**PRODUCERS**  **Anita Gou** (*To the Bone*), **Kevin Turen** (*The Birth of a Nation*) and **Aaron L. Gilbert** (*Tully, Fences, Roman J. Israel Esq*)

**PRODUCTION**  A BRON / Foxtail / Phantom 4 production, in association with Creative Wealth Media

The film premiered at the *2018 Sundance Film Festival*.

**NEON** acquired worldwide rights – Sept 21st release in North America.

# Monster



**WRITERS**  **Janece Shaffer** and **Colen C. Wiley**, based on the book by **Walter Dean Myers**

**DIRECTOR**  **Anthony Mandler** (*David Beckham: Into the Unknown*)

**TALENT**  **Kelvin Harrison Jr** (*The Birth Of A Nation*), **Jeffrey Wright** (*Casino Royal, The Hunger Games 1 & 2*), **Jennifer Hudson** (*Dreamgirls*), **Jennifer Ehle** (*Zero Dark Thirty, The King's Speech*), **Tim Blake Nelson** (*Oh Brother, Lincoln*), **A$AP Rocky** (*Dope*), **Nas** (*The Departed*), **John David Washington** (*Malcolm X*)

**PRODUCERS / EP**  **Tonya Lewis Lee**, **Nikki Silver**, **Aaron L. Gilbert**, **Mike Jackson**, **Edward Tyler Nahem** and **John Legend**

**PRODUCTION**  A BRON / Tonik / Get Lifted production, in association with Creative Wealth Media

The film premiered at the *2018 Sundance Film Festival*.



# The Cleanse (IN RELEASE)



**LOGLINE**  The Cleanse centers on a heartbroken man who attends a spiritual retreat, only to discover that the course releases more than everyday toxins and traumatic experiences.

**WRITER / DIRECTOR**  **Bobby Miller** (*End Times, Holiday Road, That Movie Show*)

**TALENT**  **Johnny Galecki** (*The Big Bang Theory*), **Anna Friel** (*Pushing Daisies*), **Oliver Platt** (*Frost/Nixon*), and **Anjelica Huston** (*The Addams Family*)

**PRODUCERS**  **Aaron L. Gilbert** (*Tully, Fences, Roman J. Israel Esq*), **Jordan Horowitz** (*La La Land, The Kids Are All Right, Miss Stevens*).

**PRODUCTION**  A The Realm, Gilbert Films, Alcide Bava Production in association with Creative Wealth Media

In theatres May 4 – released by **Vertical Entertainment**.

# Prospect (COMPLETED)



**LOGLINE**  A teenage girl and her father travel to a remote, toxic planet on the hunt for riches. In their pursuit, they must contend with its treacherous inhabitants to survive and escape the savage world.

**WRITERS / DIRECTORS**  **Christoper Caldwell** (*In The Pines*) and **Zeek Earl** (*In The Pines, Lake Effect, For Patrick*)

**TALENT**  **Sophie Thatcher** (*The Exorcist*), **Pedro Pascal** (*Narcos*), **Jay Duplass** (*Transparent*), **Andre Royo** (*The Wire*), **Clifton Collins Jr.** (*Westworld*), **Anwan Glover** (*12 Years A Slave*)

**PRODUCERS**  **Andrew Miano** (*The Golden Compass*), **Garrick Dion** (*Whiplash*) and **Matthias Mellinghaus** (*Assassination Nation*)

**PRODUCTION**  A The Realm, Depth of Field and Ground Control production, in association with Creative Wealth Media

Won the *Adam Yauch Hörnblowér Award* at the *2018 SXSW festival.*



MATERIALS INCLUDED HEREIN ARE CONFIDENTIAL AND SUBJECT TO CHANGE

# Parallel (COMPLETED)



**LOGLINE**  After stumbling upon a mirror that serves as a gateway to an infinite 'multiverse', a group discover that importing knowledge gained via their alternate selves bears increasingly dangerous consequences.

**WRITER**  Scott Blaszak          **DIRECTOR**  Isaac Ezban (*The Incident*)

**TALENT**  Aml Ameen (*Maze Runner, Sense8*), **Martin Wallstrom** (*Mr. Robot*), **Georgia King** (*Vice Principals*), **Mark O'Brien** (*Arrival, Halt And Catch Fire*), **Alyssa Diaz** (*Ray Donovan*), **Kathleen Quinlan** (*Apollo 13*), **David Harewood** (*The Night Manager*)

**PRODUCERS**  Garrick Dion (*Whiplash, Drive, Nightcrawler*) and **Matthias Mellinghaus** (*Assassination Nation*)

**PRODUCTION**  The Realm production, with Creative Wealth Media

Premiered at the *2018 Brussels International Fantastic Film Festival.*

# Villains (IN PRODUCTION)



**LOGLINE**  Two small time robbers become prisoners when they break into a house and discover a young girl chained up in the basement.

**WRITER / DIRECTORS**  Dan Berk (*The Stakeholder*) and **Robert Olsen** (*Dispatch*)

**TALENT**  Maika Monroe (*It Follows, The 5th Wave, Independence Day: Resurgence*), **Bill Skarsgård** (*It, Assassination Nation, Atomic Blonde, Allegiant*)

**PRODUCERS**  Allan Mandelbaum (*Ingrid Goes West*) and **Garrick Dion** (*Whiplash, Drive, Nightcrawler*)

**EXECUTIVE PRODUCERS**  Kevin Turen (*All Is Lost, Arbitrage, Assassination Nation, The Birth of a Nation*), **Aaron L. Gilbert** (*Tully, The Birth of a Nation, Fences, Roman J. Israel*) and **Jason Cloth** (*Fences, Tully, The Birth of a Nation*)

**PRODUCTION**  The Realm / Last Pictures production, in association with Creative Wealth Media

**SHOOTING LOCATION**  Nyack, NY – March

The film will be ready by end of summer 2018.



# The Goree Girls



**LOGLINE** The Goree Girls tells the true story of America's first world-renown all-girl band, which was formed under the most unique circumstances in a Texas prison in the early 1940's by a group of women who ingeniously saved themselves against all odds by singing for their lives.

**WRITERS** **Margaret Nagle** (*The Good Lie, Warm Springs*) and **John Lee Hancock** (*Snow White And The Huntsman, The Blind Side, The Rookie*)

**DIRECTOR** **Miguel Arteta** (*Beatriz At Dinner, Chuck And Buck, The Good Girl*)

**TALENT** **Shailene Woodley** (*Divergent, The Fault In Our Stars, The Descendants*)

**PRODUCERS** **Jennifer Aniston** and **Kristen Hahn** (*Tumbledown, Cake, The Departed*) and **Aaron L. Gilbert** (*Tully, Beatriz At Dinner, Fences*)

**PRODUCTION** A BRON / Echo Films co-production, in association with Creative Wealth Media

**SHOOTING LOCATION** Austin, TX

**OTHER** Packaging and Sales structuring underway.

# Miles And Me



**LOGLINE** An intimate biopic of the legendary Miles Davis, told through the eyes of NYC-based poet/author Quincy Troupe, who was initially hired to write a magazine piece on the mercurial musician that gradually evolved into a friendship once Troupe was subsequently asked to pen Davis' biography.

**WRITERS** **Quincy Troupe, Tom Rickman** (*Coal Miner's Daughter*) and **David Seidler** (*The King's Speech*), based on the book by **Quincy Troupe**

**DIRECTOR** Out to **Denzel Washington** (*Fences, The Great Debaters*).

**TALENT** **Michael K. Williams** (*12 Years A Slave, The Wire*)
*Other casting underway

**PRODUCERS** **Rudy Langlais** (*The Hurricane, New Jack City*) and **Aaron L. Gilbert** (*Tully, Beatriz At Dinner, Fences*)

**PRODUCTION** A BRON / Frigate Bay co-production, in association with Creative Wealth Media

**SHOOTING LOCATION** TBD

**OTHER** Packaging and Sales structuring underway.



# Kincade



**LOGLINE** Follows the incredible rise and tragic fall of artist Thomas Kinkade – the "Painter of Light" – who made a fortune selling quaint, bucolic paintings and an accompanying Christian ethic to the masses but whose intense dedication to his craft and his fans was ultimately overshadowed by his extreme appetite for alcohol, food and fun, as well as an unwillingness to take command of conflict within and aimed at the business side of his empire.

Based on the book *Billion Dollar Painter* by former partner and friend G. Eric Kuskey.

**WRITER** **Dante Harper** (*The Delicate Art of the Rifle*)

**DIRECTORS** **Channing Tatum** and **Reid Carolin** (*Logan Lucky*)

**TALENT** **Channing Tatum** (*Logan Lucky, 22 Jump Street, White House Down*)

**PRODUCERS** **Aaron L. Gilbert** (*Tully, Beatriz At Dinner, Fences*), **Peter Kiernan** (*Comrade Detective, Wingmen, Struck by Genius*), and **Alexandra Milchan** (*The Wolf of Wall Street*)

**PRODUCTION** A BRON production in association with Free Association and Creative Wealth Media

# The Hunted



**LOGLINE** Hiding out in Israel after turning over on the mob, an ex-American businessman suddenly finds himself on the run after his photo inadvertently makes worldwide news, prompting the Marine responsible for couriering biannual stipends from abroad to protect him from a trio of ruthless criminals.

**WRITER / DIRECTOR** **Marc Abraham** (*I Saw The Light, Flash of Genius*) based on the book by Elmore Leonard

**TALENT** **Jon Hamm**\* (*Baby Driver, Million Dollar Arm, The Town, Mad Men*) \*Offer Out

**PRODUCER** **Aaron L. Gilbert** (*Tully, The Birth of a Nation, Fences, Roman J. Israel Esq*)

**PRODUCTION** A BRON production, in association with MGM and Creative Wealth Media

**GENRE** Crime-Thriller

**SHOOTING LOCATION** Israel

MATERIALS INCLUDED HEREIN ARE CONFIDENTIAL AND SUBJECT TO CHANGE



TELEVISION

# The Morning Show

**WRITERS**  **Kelly Ehrin** (*Bates Motel*) and **Steve Kloves** (The *Harry Potter* films)

**PRODUCTION**  A MEDIA RES production

**TALENT**  **Reese Witherspoon** (*Big Little Lies, Walk The Line, Wild*) and **Jennifer Aniston** (*Friends, We're The Millers, Horrible Bosses*).

**BROADCASTER**  Apple

**STATUS**  Spring 2019 release – Two season commitment.

**GENRE**  Dramatic Comedy (TV Series)

**PRESS**  Jennifer Aniston, Reese Witherspoon To Star In Series About TV Morning Shows



*Aniston and Witherspoon, who memorably starred as sisters on FRIENDS, will also be credited as Executive Producers on THE MORNING SHOW*

# Scenes From A Marriage

**WRITERS**  **Hagai Levi** (*The Affair*), **Lars Blomgren** (*Beck, The Bridge*)

**PRODUCTION**  A MEDIA RES production

**GENRE**  Dramatic Thriller (Limited TV Series)

**PRESS**  HBO Alum Michael Ellenberg Teams With Bron Studios to Launch Media Res Banner



*Based on 1974 drama feature SCENES FROM A MARRIAGE winner of a Golden Globe for Best Foreign Film*

# Scanners

**WRITER** In Consideration

**PRODUCTION** A BRON / MEDIA RES production

**GENRE** Sci-Fi Thriller (TV Series)

**PRESS** 'Scanners': Media Res & Bron Studios To Adapt David Cronenberg Film As TV Series



*Based on David Cronenberg's classic 1981 sci-fi thriller feature SCANNERS*

# The School Of Essential Ingredients



**LOGLINE** Eight students gather in Lillian's Restaurant every Monday night for cooking class. It soon becomes clear, however, that each one seeks a recipe for something beyond the kitchen as Chef Lillian, a woman whose connection with food is both soulful and exacting, helps them to create dishes whose flavor and techniques expand beyond the restaurant and into the secret corners of her students' lives.

**WRITER** OWA / Current pitch: **Cynthia Whitcomb** (*I Dream of Murder, Caught in the Act, Selma Lord Selma*)

**PRODUCTION** A BRON production

**NOVEL BY** **Erica Bauermeister**

# In Good Company (10x50' recurring)

**LOGLINE** When the head of a top agency goes missing, we follow the aftermath through the lives of the agents and their assistants as they figure out how to manage the company and their mixed bag of eccentric clients.

**WRITERS** **Georgia Pritchett** (*Veep*) and **Ted Cohen** (*Veep, Friends*)

**SHOWRUNNER** **James Wood** (*Quacks*)

**PRODUCTION** A BRON / Headline Pictures production

**BROADCASTER** TBD (Will be set up in the UK)

**UNDERLYING MATERIAL** *Call My Agent* (TF1/France Television Series)

**STATUS** Pilot script delivered. Bible being written. Writer's room to be staffed in summer 2018. Principal photography to begin in January 2019.



*Based on the French series CALL MY AGENT currently in its 3rd season*

# Louise Rick Series (8x50' recurring series)



**LOGLINE** The fresh corpse of an unidentified woman with a large scar on her face. Louise Rick, the New Commander of the Missing Persons Department and her partner set out to find her identity and killer leading them on a journey to uncover a decades long unsolved mystery tied to the mental asylum.

**PRODUCTION** A BRON / Nice Drama production

**BROADCASTER** Viaplay

**UNDERLYING MATERIAL** An 8-book series written by famous Danish author **Sara Blædel**. The first season of the series will be based on her novel 'The Forgotten Girls' (sold in over 31 countries) part of the Louise Rick series.

**STATUS** Danish language. In negotiations for multi-season order.

# Welcome To Me

**LOGLINE**  Multicam TV series based on 2014 film. A woman with disassociation personality disorder starts her own local cable access show after she wins the lottery.

**PRODUCTION**  A BRON / Gary Sanchez production



*Based on 2004 comedy drama feature WELCOME TO ME*

# Into The Forest (8x50' limited series)



**LOGLINE**  Set in the near-future, Into the Forest focuses on the relationship between two teenaged sisters as they struggle to survive the collapse of society.

**WRITER**
**Fanny Herrero** (*Call My Agent*)

**DIRECTOR**
**Jean-Phillipe Amar** (*Sweet Dream*)

**PRODUCTION**
A BRON / Mother Productions

**UNDERLYING MATERIAL**
Into The Forest, a novel by
**Jean Hegland**.

**STATUS**  French language. In negotiations to commission pilot script and bible.

# Shadowplay (8x50' recurring series)

**WRITER** **Måns Mårlind** (*Midnight Sun, Bron/The Bridge*)

**PRODUCTION** A Tandem Productions / BRON production

**BROADCASTER** ZDF

**UNDERLYING MATERIAL** Original script.

**DISTRIBUTION** StudioCanalTV

**STATUS** Episodes 1 and 2 written. Writer's room to open next month. Principal photography slated for Spring 2019.

# Townsend (10x50' limited series)

**WRITER / DIRECTOR** **Ciaran Donnelly** (*Krypton, Vikings*)

**PRODUCTION** A BRON / Headline Pictures / T4 production

**BROADCASTER** RTÉ (September 2019 air date)

**UNDERLYING MATERIAL** Original script but based on true events.

**STATUS** Writers room being staffed now. Principal photography to start in September 2019.

# The Mighty Franks (8x50' limited series)



**WRITER** **Michael Frank**

**TALENT** **Rachel Weisz** (*The Lobster, The Constant Gardener*)

**PRODUCTION** A BRON / Hera Pictures / Rachel Weisz production

**UNDERLYING MATERIAL** The Mighty Franks, a memoir written by **Michael Frank**.

**DISTRIBUTION** Endeavor (in US)

**STATUS** Pilot script being written.

# ANIMATION

*Still from THE WILLOUGHBYS'*
*1st Teaser starring Ricky Gervais*

# The Willoughbys





**LOGLINE** When four neglected children, raised by books, decide to ORPHAN themselves from their ignominious parents, they inevitable run into the "reality" of the outside world. They must work together to UN-ORPHAN themselves before they lose the most important thing in their lives: each other.

**WRITER / DIRECTOR** **Kris Pearn** (*Cloudy with a Chance of Meat-balls, Open Season, Surf's Up*)

**TALENT** **Ricky Gervias** (*The Night At The Museum I,II, III, Escape From Planet Earth, The Office*), **Will Forte** (*The Last Man On Earth, Keanu, The Lego Movie*), **Maya Rudolph** (*Bridesmaids, Snl, Grown Ups 2*), **Allesia Cara** (*Moana*), **Martin Short** (*Frankenweenie, Mada-gascar 3, Jimmy Neutron: Boy Genius*), **Jane Krakowski** (*30 Rock, Ally Mcbeal, Ice Age*), **Terry Crews** (*The Expendables I,II,III, Brooklyn Nine-Nine, Blended*)

**PRODUCERS** **Aaron L. Gilbert** (*The Birth Of A Nation, Tully, Fences*), **Luke Carroll** (*Escape From Planet Earth, Barbie Fairytopia*), and **Brenda Gilbert** (*I Saw The Light, Monster*)

**PRODUCTION** A BRON Animation production, in association with Creative Wealth Media

**IN PRODUCTION** BRON

Film sold to **Netflix**

Release 2019

# Henchmen





**LOGLINE** In a hidden world of super-villains, evil schemes and global domination... someone has to take out the trash! Welcome to the world of *Henchmen*.

**WRITER / DIRECTOR** **Adam Wood** (*Mighty Mighty Monsters, Space Chimps*)

**TALENT** **James Marsden** (*X-Men, Superman Returns*), **Rosario Dawson** (*Sin City, Seven Pounds, Death Proof*), **Thomas Middleditch** (*The Wolf Of Wall Street, Silicon Valley*), **Rob Riggle** (*The Daily Show, The Hangover, 21 Jump Street*), **Nathan Fillion** (*Castle, Guardians Of The Galaxy*), **Jim Gaffigan** (*Its Kind Of A Funny Story, 17 Again*), **Craig Robinson** (*This Is The End, Pineapple Express*), **Alfred Molina** (*Spider-Man 2, Raiders Of The Lost Ark*), **Jane Krakowski** (*30 Rock, Ally Mcbeal, Ice Age*), **Will Sasso** (*MadTV, The Three Stooges*)

**PRODUCERS** **Aaron L. Gilbert** (*The Birth Of A Nation, Tully*), **Luke Carroll** (*Escape From Planet Earth, Barbie Fairytopia*) and **Brenda Gilbert** (*I Saw The Light, Monster*)

**PRODUCTION** A BRON Animation production, in association with Creative Wealth Media

**IN PRODUCTION** BRON

**DISTRIBUTION** eOne (in Canada)

**AGENCY** Endeavor