# EXHIBIT R

# HUDSON

Select Page 

# Hudson Companies and Hudson Private, LP are Proud to Partner with Bron Studios to Produce "The Front Runner"

BY CHRISTOPHER CONOVER | 11/06/2018 | MOVIES



Hudson Companies & Hudson Private, LP are proud to partner with Bron studios to celebrate the premiere of The Front Runner – a 2018 American biographical drama film directed by Jason Reitman.

The film chronicles the rise of American Senator Gary Hart, a Democratic presidential candidate in 1988, and his subsequent fall from grace when media reports surfaced of his extramarital affair. It stars an ensemble cast featuring Hugh Jackman as Hart, with Vera Farmiga, J. K. Simmons and Alfred Molina also starring.

The film recently premiered at the Toronto International Film festival and is scheduled to be released in the United States on November 6, 2018, by Columbia Pictures.President Hudson Companies and Hudson Private, LP Christopher Conover is a Billing Block Executive Producer on this film.

The film is already a strong Oscar contender in over 10 categories.

Hudson Private, LP is:

- an exclusive investment opportunity available from the Entertainment division of Hudson Companies
- is a one of a kind investment opportunity specializing in funding independent and large studio films
- gives clients of the firm exclusive access to the entertainment industry that cannot be found anywhere else
- is risk managed, progressive investment alternative that provides consistent and attractive returns

For more information about upcoming film investment opportunities, contact Hudson Companies at info@hudcos.com.

## Discover Industry Secrets To Investing With NETFLIX, SONY, WB, Apple And More...

Hudson Private provides investors access to a diversified pool of film and TV investments utilizing strategies designed to maximize risk-adjusted returns.



### Download Your FREE Whitepaper By Entering Your Name And Email...

Your Name*

Email*

**DOWNLOAD NOW!**

- ✓ Tapping into demand from global consumers
- ✓ Discovering capital intensive investment opportunities
- ✓ Creating co-financing and equity participation deals

We offer a *no obligation, complimentary* consultation.

Contact us today to learn more about our high-touch, high impact financial planning, wealth management and investment services!

Call us directly at 845.920.1600 to speak with a representative.

Or, send us a message about your investment goals!

**CONTACT US**     **LEARN MORE**

CONTACT OUR HUDSON TEAM FOR YOUR COMPLIMENTARY CONSULTATION

## About Us

The mission of Hudson Wealth is to provide our clients with the highest quality institutional financial advice, at institutional pricing, but with the level of personalized attention you are entitled to.

## Quick Links

- About
- Wealth
- Services
- Venture

## Get In Touch

15 E. Central Avenue, Pearl River, NY 10965

Phone: 845.920.1600

Fax: 845.735.5903

© 2020 Hudson Valley Wealth Management, Inc. ("Hudson Companies") 15 E. Central Avenue, Pearl River, NY 10965. The representatives associated with this website may discuss and/or transact securities business only with residents of the following states: NY, NJ, FL, and CT. Use Terms | Disclaimer | Privacy Policy | Contact

# HUDSON

Select Page 

# Hudson Companies and Hudson Private, LP are Proud to Partner with Lionsgate Film Studios to Produce the Thriller "A Simple Favor"

BY **CHRISTOPHER CONOVER** | 09/24/2018 | **MOVIES**



Hudson Companies & Hudson Private, LP are proud to partner with Lionsgate film studios to celebrate the premiere of A Simple Favor – an American neo-noir comedy thriller film directed by Paul Feig from a screenplay by Jessica Sharzer, based on the 2017 novel of the same name by Darcey Bell. The film stars Anna Kendrick, Blake Lively, Henry Golding and Andrew Rannells, and follows a small-town blogger who tries to solve the disappearance of her mysterious and rich best friend.

A Simple Favor was #3 at the box office opening weekend, grossing over $16MM.



Hudson Private, LP is :

- an exclusive investment opportunity available from the Entertainment division of Hudson Companies
- is a one of a kind investment opportunity specializing in funding independent and large studio films.
- gives clients of the firm exclusive access to the entertainment industry that cannot be found anywhere else
- is risk managed, progressive investment alternative that provides consistent and attractive returns

For more information about upcoming film investment opportunities, contact Hudson Companies at info@hudcos.

### Discover Industry Secrets To Investing With NETFLIX, SONY, WB, Apple And More...

Hudson Private provides investors access to a diversified pool of film and TV investments utilizing strategies designed to maximize risk-adjusted returns.

## Download Your FREE Whitepaper By Entering Your Name And Email...



Your Name*

Email*

DOWNLOAD NOW!

- Tapping into demand from global consumers
- Discovering capital intensive investment opportunities
- Creating co-financing and equity participation deals

We offer a *no obligation, complimentary* consultation.

Contact us today to learn more about our high-touch, high impact financial planning, wealth management and investment services!

Call us directly at 845.920.1600 to speak with a representative.

Or, send us a message about your investment goals!

CONTACT US          LEARN MORE

CONTACT OUR HUDSON TEAM FOR YOUR COMPLIMENTARY CONSULTATION

## About Us

The mission of Hudson Wealth is to provide our clients with the highest quality institutional financial advice, at institutional pricing, but with the level of personalized attention you are entitled to.

## Quick Links

- About
- Wealth
- Services
- Venture

## Get In Touch

15 E. Central Avenue, Pearl River, NY 10965

Phone: 845.920.1600

Fax: 845.735.5903

© 2020 Hudson Valley Wealth Management, Inc. ("Hudson Companies") 15 E. Central Avenue, Pearl River, NY 10965. The representatives associated with this website may discuss and/or transact securities business only with residents of the following states: NY, NJ, FL, and CT. Use Terms | Disclaimer | Privacy Policy | Contact