# EXHIBIT S

CWMOVIEFUND
Posts

 cwmoviefund



 

64 likes

**cwmoviefund** Our very own Jason Cloth attending "The Front Runner" premiere at @tiff_net... more

September 12, 2018

 cwmoviefund