UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYSHORE CAPITAL ADVISORS, LLC, *et al.*,<br><br>                                  Plaintiff,<br><br>     v.<br><br>CREATIVE WEALTH MEDIA FINANCE CORP., *et al.*,<br><br>                                  Defendants. | No. 22-CV-1105 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

    Plaintiff, BRON Defendants, and Creative Defendants are ordered to brief the following issues. First, the Parties should provide briefing as to whether, under CPLR 302(a)(1), Plaintiffs' causes of action have an "articulable nexus" or "substantial relationship" with any transaction of business in New York each BRON and Creative Defendant engaged in with Hudson Defendants. *D & R Glob. Selections, S.L. v. Bodega Olegario Falcon Pineiro*, 78 N.E.3d 1172, 1176 (N.Y. 2017). Second, the Parties should brief whether service upon a foreign defendant's attorney in the United States constitutes service within the United States for the purposes of RICO jurisdiction. *See Nat'l Asbestos Workers Med. Fund v. Philip Morris, Inc.*, 86 F. Supp. 2d 137, 140 (E.D.N.Y. 2000).

    The submissions should be no more than seven pages double spaced and are due by March 2, 2023.

SO ORDERED.

DATED:    February 23, 2023
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

1