UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYSHORE CAPITAL ADVISORS, LLC, BCA ALTERNATIVE INCOME FUND, LP, and ROCKING T RANCH, LLLP,<br><br>               Plaintiffs,<br><br>v.<br><br>CREATIVE WEALTH MEDIA FINANCE CORP., BRON CREATIVE CORP., BRON CREATIVE USA CORP., BRON STUDIOS, INC., BRON STUDIOS USA, INC., HUDSON VALLEY WEALTH MANAGEMENT, INC., JASON CLOTH, AARON L. GILBERT, CHRISTOPHER CONOVER, and DAVID K. JONAS, and DOES 1-21,<br><br>               Defendants. | Case No: 7:22-cv-1105 (KMK) |

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

In an Opinion & Order, dated March 31, 2023 (Dkt. 104) ("Opinion"), the Court granted in part and denied in part Defendants' Motions To Dismiss the Amended Complaint and provided Plaintiffs 30 days to file a second amended complaint. Plaintiffs advised the Court at a status conference held on May 1, 2023, that they do not intend to file a second amended complaint.

It is hereby ordered that, for the reasons set forth in the Opinion:

1. Plaintiffs' claims against Defendant BRON Studios, Inc. are dismissed without prejudice for lack of personal jurisdiction.

2. Plaintiffs' first and second causes of action (RICO claims) against Defendants Creative Wealth Media Finance Corp., BRON Creative Corp., BRON Creative USA Corp., BRON Studios USA, Inc., Jason Cloth, and Aaron L. Gilbert are dismissed with prejudice, and

Plaintiffs' remaining causes of action against these Defendants are dismissed without prejudice for lack of personal jurisdiction.

3. Plaintiffs' first, second, twelfth, and thirteenth causes of action (RICO, implied covenant of good faith and fair dealing, and unjust enrichment) against Defendant Hudson Valley Wealth Management, Inc. ("Hudson") are dismissed with prejudice.

4. Plaintiffs' first, second, and thirteenth causes of action (RICO and unjust enrichment) against Defendant Christopher Conover ("Conover") are dismissed with prejudice.

5. Plaintiffs' claims against Defendant David K. Jonas are dismissed with prejudice.

6. The following claims remain: Plaintiffs' third cause of action (fraud) against Hudson and Conover, and Plaintiffs' eleventh cause of action (breach of contract) against Hudson.

SO ORDERED.

Dated: May 9, 2023

KENNETH M. KARAS
United States District Judge