UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAYSHORE CAPITAL ADVISORS, LLC, BCA ALTERNATIVE INCOME FUND, LP, and ROCKING T RANCH, LLLP,

      Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE CORP., BRON CREATIVE CORP., BRON CREATIVE USA CORP., BRON STUDIOS, INC., BRON STUDIOS USA, INC., HUDSON VALLEY WEALTH MANAGEMENT, INC., JASON CLOTH, AARON L. GILBERT, CHRISTOPHER CONOVER, and DAVID K. JONAS, and DOES 1-21,

      Defendants.

Case No. 7:22-cv-1105 (KMK)

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record for the parties herein, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed with prejudice against Defendants Hudson Valley Wealth Management, Inc. and Christopher Conover and without costs or fees to either party.

Dated: New York, New York
   October 25, 2023

| | |
|---|---|
| BRACEWELL LLP | MEISTER SEELIG & FEIN PLLC |
| */s/ David A. Shargel* | */s/ Kevin A. Fritz* |
| David A. Shargel | Kevin A. Fritz |
| 31 West 52nd Street, 19th Floor | 125 Park Ave., 7th Floor |
| New York, NY 10019 | New York, NY 10017 |
| (212) 508-6100 | (212) 655-3549 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Hudson Valley Wealth Management, Inc., and Christopher Conover* |