**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BAYSHORE CAPITAL ADVISORS, LLC,
BCA ALTERNATIVE INCOME FUND, LP,
and ROCKING T RANCH, LLLP,

               Plaintiffs,

v.

CREATIVE WEALTH MEDIA FINANCE
CORP., BRON CREATIVE CORP., BRON
CREATIVE USA CORP., BRON
STUDIOS, INC., BRON STUDIOS USA,
INC., HUDSON VALLEY WEALTH
MANAGEMENT, INC., JASON CLOTH,
AARON L. GILBERT, CHRISTOPHER
CONOVER, and DAVID K. JONAS, and
DOES 1-21,

               Defendants.

Case No. 7:22-cv-1105 (KMK)

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record

for the parties herein, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that

the above-captioned action is dismissed with prejudice against Defendants Hudson Valley

Wealth Management, Inc. and Christopher Conover and without costs or fees to either party.

Dated: New York, New York
      October 25, 2023

BRACEWELL LLP

David A. Shargel
31 West 52nd Street, 19th Floor
New York, NY 10019
(212) 508-6100

*Attorneys for Plaintiffs*

So Ordered.

10/26/23

MEISTER SEELIG & FEIN PLLC

Kevin A. Fritz
125 Park Ave., 7th Floor
New York, NY 10017
(212) 655-3549

*Attorneys for Defendants Hudson Valley*
*Wealth Management, Inc., and Christopher*
*Conover*