# BRACEWELL

**BY ECF**

April 30, 2024

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Bayshore Capital Advisors, LLC et al. v. Creative Wealth Media Finance Corp. et al,*
      No. 1:22-cv-01105-KMK

Dear Judge Karas:

    We represent Plaintiffs in the above-referenced matter and write in accordance with your law clerk's instructions regarding the status of this case. Consistent with the Court's Order of Partial Dismissal, dated May 9, 2023 (Dkt. 110), as well as the so-ordered Stipulation of Dismissal dated October 26, 2023 (Dkt. 116), Plaintiffs agree that this case may be closed.

                                                                                   Respectfully submitted,

                                                                                  /s/ David A. Shargel

                                                                                  David A. Shargel

cc:   All Counsel of Record (via ECF)

**David A. Shargel**
Partner

T:+1.212.508.6154    F: +1.800.404.3970
31 West 5nd Street, 19th Floor, New York, New York 10019-6118
david.shargel@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC